UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  2:06-cr-00234-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| JONATHON LEON TOLIVER, | ) | ORDER |
| Defendant. | ) | |

Before the Court for consideration are the Findings and Recommendations of The Honorable George W. Foley, United States Magistrate Judge (Doc. #62) entered February 9, 2007, that Defendant Toliver's Motion to Dismiss for Insufficiency of Indictment (Doc. #28) as joined by Co-Defendant Donnie Bryant (Doc. #56 ) should be Denied.

On February 27, 2007, Defendant Toliver filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. #72 )  On March 7, 2007, Co-defendant Donnie Bryant, joined in Defendant Toliver's objections. (Doc. # 73)   On March 15, 2007, Plaintiff United States filed a response to Defendants' objections. (Doc. #76 )

Having conducted a de novo review of proceedings before Magistrate Judge in connection with Defendant Toliver's motion to dismiss as joined by Co-defendant Donnie Bryant, the Court finds that Defendants' objections should be overruled and the Findings and Recommendations of Magistrate Judge George W. Foley Affirmed.

///

///

1          IT IS THEREFORE ORDERED that Defendant Jonathon Toliver's Motion to

2  Dismiss for Insufficiency of Indictment (Doc. #28) as joined by Co-defendant Donnie

3  Bryant (Doc. #56) is DENIED.

4

5  DATED:  March 23, 2007.

6

7                                  _____

8                          PHILIP M. PRO
                            United States District Judge