# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:06-cr-234-PMP(GWF) |
| vs. ) | ORDER RELEASING EVIDENCE |
| JONATHON LEON TOLIVER, ) aka Jonathon Toliver. ) aka K Boose, and ) | |
| DONNIE BRYANT, ) | |
| Defendants. ) | |

Upon the Motion of the United States, requesting that the Court enter an Order releasing certain evidence admitted at trial in the case, the Court finds good cause to grant the United States' Motion.

It is hereby ORDERED that any and all shell casings and a projectile admitted as Exhibits 2, 8 and 20 shall be released to a representative of the Las Vegas Metropolitan Police Department (LVMPD) for analysis in LVMPD event no. 10-12231618 and any other criminal investigation by LVMPD.

It is FURTHER ORDERED that LVMPD shall retain custody of said evidence unless or until this Court orders the return of said evidence.

DATED this 10th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

3