UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-CR-00234-PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| JONTHAN TOLIVER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File a Late Response to Toliver's Motion for Additional Discovery in Support of Amended Motion Under 28 U.S.C. § 2255 (Doc. #715) is hereby GRANTED.

DATED:  May 30, 2014

PHILIP M. PRO
United States District Judge