UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHON LEON TOLIVER,

Defendant.

No. 2:06-CR-00234-RHW-GWF-2

**ORDER CONTINUING MATTER**

On December 23, 2016, the Ninth Circuit issued its judgment that affirmed in part, vacated in part, and remanded the judgment to the district court. ECF No. 769. An Order on Mandate was issued by Chief Judge Gloria M. Navarro on March 15, 2017. ECF No. 775. Following reassignment, a Status Conference was scheduled for May 22, 2017. At this hearing, the Court ordered a Joint Status Report by July 10, 2017. ECF No. 787. Since that time, the parties have filed two stipulations to continue the matter, which this Court has granted. ECF No. 791, 792, 795, 797.

**ORDER CONTINUING MATTER -** 1

On November 10, 2017, the parties filed a joint Status Report. ECF No. 798. The parties assert that they have been engaged in ongoing negotiation regarding a potential resolution to this case. *Id.* at ¶ 4. However, they require additional time to resolve the matter without a hearing, and the parties request an additional thirty days. *Id.* at ¶ 5-6.

The Court finds good reason to **GRANT** this request. In consideration of the statements presented in the Status Report and the needs of the Court's own docket, the proceedings will be **CONTINUED** until December 18, 2017.

Accordingly, **IT IS HEREBY ORDERED:**

1. This matter is **CONTINUED**.

2. The Parties shall submit a Joint Status Report by **December 18, 2017.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 15th day of November, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge