UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHON LEON TOLIVER,

Defendant.

No. 2:06-CR-00234-RHW-GWF-2

**ORDER GRANTING CONTINUATION**

Before the Court is the parties' Stipulation to Continue Hearing and Joint Statement as to Post Remand Status. ECF No. 800.

The parties jointly request a continuance of at least thirty days. *Id*. at 4. The continuance is requested because the parties are waiting for a decision from the Supreme Court in the case of *Sessions v. Dimaya*, No. 15-1498. *Id*. at 2. The Supreme Court heard oral arguments on October 2, 2017, but the decision is still pending. This case is directly relevant to determining the validity of Mr. Toliver's

**ORDER GRANTING CONTINUATION -** 1

challenge of his 18 U.S.C. § 924(c) convictions. Additionally, the parties request additional time to attempt to negotiate a settlement. *Id.* at 1, 3.

The Court finds good reason to **GRANT** this request. In consideration of the statements presented in the stipulation and its own docket, the proceedings will be **CONTINUED** until January 17, 2018.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Parties' Stipulation to Continue Hearing, **ECF No. 800**, is **GRANTED**.

2. The Parties shall submit a Joint Status Report by **January 17, 2018.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of December, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge